**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BLUE MARLIN, LLC | § § § | |
| *Plaintiff*, | § § | Civil Action No.: 4:24-cv-4448 |
| VS. | § § | ADMIRALTY – RULE 9(h) |
| MARLIN OILFIELD DIVERS, INC. AND LOGAN MOORE | § § § | |
| *Defendant*. | § | |

## APPEARANCE OF CO-COUNSEL

To:   The clerk of court and all parties of record

Defendants MARLIN OILFIELD DIVERS, INC. and LOGAN MOORE give notice of the appearance of Co-Counsel, Callie Murphy of Kennedys CMK LLP.

CALLIE MURPHY
State Bar No. 24041546
Callie.Murphy@kennedys.com
KENNEDYS CMK, LLP
848 Heights Blvd.
Houston, Texas 77007
Tel: 832 753 8061
Fax: 832.753.8079

Charles Gary Blaize, Jr. will remain Attorney-in-Charge for Defendants

Defendants request that Callie Murphy be included in all certificates of service and receive notice of all filings and correspondence in this action.

Respectfully Submitted,

FONDREN BLAIZE

*Charles Gary Blaize, Jr.*
CHARLES GARY BLAIZE, JR.
Texas Bar No. 24103512
1499 St. Charles Street
Houma, LA 70360
Telephone: (985) 223-4725
Facsimile: (985) 851-3069
ATTORNEY-IN-CHARGE FOR
MARLIN OILFIELD DIVERS, INC.
AND LOGAN MOORE

OF COUNSEL:

KENNEDYS CMK, LLP

CALLIE MURPHY
State Bar No. 24041546
Callie.Murphy@kennedys.com
CANDACE A. OURSO
State Bar No. 24008952
Candace.Ourso@kennedyslaw.com
848 Heights Blvd.
Houston, Texas 77007
Tel: 832 753 8061
Fax: 832.753.8079

## CERTIFICATE OF SERVICE

     I hereby certify that on February 5, 2025, a true and correct copy of the foregoing has been served on all known counsel of record, in accordance with the Federal Rule of Civil Procedure.

*Charles Gary Blaize, Jr.*
CHARLES GARY BLAIZE, JR.